UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TISHANA K. KING,

Plaintiff,

-v-

NYC HEALTH AND HOSPITALS et al,

Defendants.

---

26-CV-9126 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On October 22, 2026, Plaintiff submitted an application for pro bono counsel. *See* ECF No. 7. In determining whether to grant an application for counsel, the Court must consider "the merits of plaintiff's case, the plaintiff's ability to pay for private counsel, his efforts to obtain a lawyer, the availability of counsel, and the plaintiff's ability to gather the facts and deal with the issues if unassisted by counsel." *Cooper v. A. Sargenti Co., Inc.*, 877 F.2d 170, 172 (2d Cir. 1989) (per curiam). As a threshold matter, in order to qualify for counsel Plaintiff must demonstrate that her claim has substance or a likelihood of success. *See Hodge v. Police Officers*, 802 F.2d 58, 60-61 (2d Cir. 1986). In reviewing a request for counsel, the Court must be cognizant of the fact that volunteer attorney time is a precious commodity and, thus, should not grant a request for counsel indiscriminately. *Cooper*, 877 F.2d at 172.

A more fully developed record will be necessary before it can be determined whether Plaintiff's chances of success warrant her request for counsel. Accordingly, it is hereby ORDERED that Plaintiff's October 22, 2026 application for pro bono counsel is denied without

prejudice to renewal at such time as the existence of a potentially meritorious claim may be demonstrated.

The Court reminds Plaintiff that there is a *Pro Se* Law Clinic in this District to assist parties in civil cases who do not have lawyers. The Clinic may be able to provide Plaintiff with advice in connection with this case. The *Pro Se* Law Clinic is run by a private organization called the City Bar Justice Center ("CBJC"); it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the *Pro Se* Intake Unit). To receive limited-scope assistance from the Clinic, Plaintiff should make an appointment by completing the CBJC's online intake form, located at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project.

The Clerk of the Court is directed to terminate ECF No. 7. As Plaintiff previously consented to receive electronic notice via the ECF system, *see* ECF No. 4, there is no need to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: October 26, 2026
New York, New York

JESSE M. FURMAN
United States District Judge